■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE SEPOS, Appellant.— Order unanimously affirmed. No opinion. Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

■ In the Matter of HENRY M. LUCASIK, Appellant, v. RUSSELL G. OSWALD et al., Constituting the Board of Parole of the State of New York, Respondents. — Order unanimously affirmed, without costs. No opinion. Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.